IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00095-CMA-KLM

THERESA C. ZELLA,

    Plaintiff,

v.

NE COLORADO CELLULAR, INC. d/b/a VIAERO WIRELESS,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order** [Docket No. 13; Filed April 1, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is entered as an order of the Court as of today's date.

Dated: April 4, 2011